UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.  Case No. 5:19cr69/TKW

KYLE MARTIN HUDSON

---

## **ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, KYLE MARTIN HUDSON, to Count I of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 3RD day of December 2019.

*/s/ T. Kent Wetherell*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**